IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENNIE FORD,
       Petitioner,

vs.                               Case No.  5:11cv263/MMP/EMT

WARDEN PAIGE AUGUSTINE,
       Respondent.
_____/

## REPORT AND RECOMMENDATION

       This matter is before the court on Petitioner's "Dismissal of Action" (doc. 8).  Petitioner requests that this habeas case, filed pursuant to 28 U.S.C. § 2241, be closed.

       Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or a motion for summary judgment.  Because Respondent has not yet served an answer or summary judgment motion in the instant case, it is clear that Petitioner is automatically entitled to a voluntary dismissal at this time.

       Accordingly, it is respectfully **RECOMMENDED**:

       That Petitioner's notice of voluntary dismissal (doc. 8) be **GRANTED** and this action dismissed without prejudice.

       At Pensacola, Florida, this 19th day of September 2011.


                               */s/ Elizabeth M. Timothy*_____
                               **ELIZABETH M. TIMOTHY**
                               **UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** <u>**United States v. Roberts**</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**