IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENNIE FORD,

    Petitioner,

v.                                        CASE NO. 5:11-cv-00263-MP-EMT

PAIGE AUGUSTINE,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner's notice of voluntary dismissal, Doc. 8, be granted and this action be dismissed without prejudice. Petitioner requests that this habeas case, filed pursuant to 28 U.S.C. § 2241, be closed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 9, is ACCEPTED and incorporated herein.

2. Petitioner's notice of voluntary dismissal, Doc. 8, is GRANTED and this action is DISMISSED without prejudice.

**DONE AND ORDERED** this  *21st* day of October, 2011

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge